# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 4, 2020

## NO. 03-19-00855-CV

**Sonji McDowell, Appellant**

**v.**

**Joseph F. Valentine, Jr. and Terri Wallis, Appellees**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on August 26, 2019. Sonji McDowell has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.